```
             UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF MISSISSIPPI
                   NORTHERN DIVISION
```

SAMUEL TERRAIL YOUNG, JR.                              PETITIONER

VS.                              CIVIL ACTION NO. 3:20CV736TSL-RPM

STATE OF MISSISSIPPI, ET AL.                          RESPONDENTS

<u>ORDER</u>

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Robert P. Myers, and the court, having fully reviewed the report and recommendation entered in this cause on August 6, 2021, and no objection having been filed and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Robert P. Myers entered on August 6, 2021, be, and the same is hereby adopted as the finding of this court.  Accordingly, it is ordered that respondent's motion to dismiss is granted, petitioner's motion is denied and the petition for writ of habeas corpus, filed pursuant to § 2254, is hereby dismissed.

It is further ordered that a certificate of appealability is denied.  Petitioner has failed to demonstrate that "jurists of

reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right" or that "jurists of reason would find it debatable whether [this] court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000).

 A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

 SO ORDERED this 14th day of September, 2021.


      /s/ Tom S. Lee_____
      UNITED STATES DISTRICT JUDGE